**DISMISS and Opinion Filed October 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00530-CV**

**BERLINDA BERRY, Appellant**
**V.**
**WALNUT PLAZA DFW LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01600-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. By postcard dated August 27, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240530F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BERLINDA BERRY, Appellant

No. 05-24-00530-CV        V.

WALNUT PLAZA DFW LLC,
Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-24-01600-
B.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

 

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 14, 2024